

# Fourth Court of Appeals
## San Antonio, Texas

July 19, 2016

No. 04-16-00121-CV

Nancy **ALANIS**,
Appellant

v.

**WELLS FARGO BANK NATIONAL ASSOCIATION**, as Trustee for the Pooling and
Servicing Agreement Dated October 1, 2006 Securitized Asset Backed Receivables LLC Trust
2006-NC3 Mortgage Pass Through Certificates Series 2006 NC3; Homeq Servicing Corporation,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-02839
Honorable Gloria Saldana, Judge Presiding

# O R D E R

After this court granted appellant two sixty-day extensions of time to file her brief, appellant's brief was due July 15, 2016. On July 12, 2016, appellant filed a third motion for extension of time asking for an additional ten days in which to file her brief. In that same motion, appellant requested to exceed the fifty-page brief limit by an additional five pages. However, on July 15, 2016, after filing the motion, appellant filed her appellant's brief. The brief was timely and within the prescribed page limits. Appellant is pro se, so the clerk's office of this court contacted appellant to determine her intentions. After speaking with appellant by telephone, the clerk's office determined appellant filed the brief on July 15, 2016, out of concern that the court would denied the requested extension. Appellant explained that she still desired an extension of ten days to file an amended brief, a brief that would exceed the page limits as requested in her motion. After learning of appellant's intent and reviewing the motion, we **GRANT** appellant's request for an additional ten days in which to file her brief, and **ORDER** appellant to file her amended brief **on or before July 25, 2016**. In addition, we **GRANT** appellant's request to exceed the fifty-page limit by no more than five additional pages. Appellant is advised that if her amended brief is more than fifty pages in length, the brief will be struck.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of July, 2016.



Keith E. Hottle
Clerk of Court